UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARL STEPHENS,

      Petitioner,

v.                                       Case No. 6:06-cv-1820-Orl-19DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

      Respondents.

_____

## **ORDER**

This case is before the Court on Petitioner's Application for Certificate of Appealability (Doc. No. 16). This Court should grant an application for certificate of appealability only if the Petitioner makes a substantial showing of the denial of a constitutional right. Petitioner has made no such showing. Further, any appeal by Petitioner would not be taken in good faith because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. *See* Fed. R. App. P. 24(a). Therefore, it is **ORDERED** Petitioner's Application for Certificate of Appealability (Doc. No. 16) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this __3rd__ day of January, 2008.

_____

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 1/3
Karl Stephens

Counsel of Record