UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARL R. STEPHENS,

      Petitioner,

v.                                         CASE NO. 6:06-cv-1820-Orl-19DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

      Respondents.

_____

## ORDER

      Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 19, filed Jan. 17, 2008) is **DENIED**.  Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

      **DONE AND ORDERED** at Orlando, Florida, this   22nd    day of January, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 1/22
Counsel of Record

Karl R. Stephens